| | | | |
|---|---|---|---|
| Com. v. Jones | 3810 EDA 2015<br>Affirmed | 09/19/2016 | CP–15–CR–0000709–2012<br>(Chester) |
| Com. v. Stone | 1787 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/19/2016 | CP–40–CR–0003745–2010<br>(Luzerne) |
| Com. v. Ulen [22] | 1946 MDA 2015<br>Affirmed | 09/19/2016 | CP–21–CR–0000410–2015<br>(Cumberland) |
| Kling v. Coleman [23] | 2126 MDA 2015<br>Vacated and<br>Remanded | 09/19/2016 | 2015–SU–001440–49<br>(York) |
| Com. v. Gray | 41 MDA 2016<br>Remanded<br>Jurisdiction<br>Retained | 09/19/2016 | CP–40–CR–0001900–2014<br>(Luzerne) |
| Com. v. Rouse | 682 WDA 2015<br>Affirmed | 09/19/2016 | CP–02–CR–0004190–2009<br>(Allegheny) |
| Com. v. Leslie | 709 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 09/19/2016 | CP–24–CR–0000278–2014<br>(Elk) |
| Com. v. Goodwine | 923 WDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 09/19/2016 | CP–02–CR–0013169–2014<br>(Allegheny) |
| Com. v. Freeman | 1050 WDA 2015<br>Affirmed | 09/19/2016 | CP–02–CR–0012372–2010<br>(Allegheny) |
| Com. v. Kloss | 1745 WDA 2015<br>Affirmed | 09/19/2016 | CP–42–CR–0000322–2014<br>(McKean) |
| Com. v. Matthews | 1283 EDA 2015<br>Affirmed | 09/20/2016 | CP–51–CR–0008890–2011<br>(Philadelphia) |
| Com. v. Young | 1715 EDA 2015<br>Affirmed | 09/20/2016 | CP–51–CR–0005703–2011<br>(Philadelphia) |
| Com. v. Paredes | 1743 EDA 2015<br>Affirmed | 09/20/2016 | CP–51–CR–0013063–2011<br>(Philadelphia) |
| Com. v. Benckini | 1827 EDA 2015<br>Affirmed | 09/20/2016 | CP–39–SA–0000032–2015<br>(Lehigh) |

22. Petition for reargument denied November 30, 2016.
23. Petition for reargument denied November 28, 2016.